[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 07-11316
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEBRUARY 12, 2008
THOMAS K. KAHN
CLERK

D. C. Docket No. 05-00008-CR-4

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CARL BENNETT,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

**(February 12, 2008)**

Before TJOFLAT, BLACK and MARCUS, Circuit Judges.

PER CURIAM:

G. Terry Jackson, appointed counsel for Carl Bennett, has filed a motion to

withdraw on appeal, supported by a brief prepared pursuant to <u>Anders v.</u>

<u>California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because

independent review of the record confirms counsel's conclusion that the record

does not contain any potentially meritorious issues for appeal, we GRANT

counsel's motion to withdraw and AFFIRM Bennett's sentence.